# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EVERETT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES A. YATES,<br><br>　　　　Respondent. | 1:10-cv–00741-AWI-SMS-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME (DOC. 31)<br><br>ORDER DEEMING PETITIONER'S OBJECTIONS TO HAVE BEEN TIMELY FILED (DOC. 32) |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Pursuant to the Court's order of September 1, 2011, Petitioner's objections to the findings and recommendations filed on June 27, 2011, were due on September 15, 2011.

　　　On September 16, 2011, Petitioner filed a motion for a short extension of time to file the objections, which were subsequently filed on September 20, 2011.

　　　Good cause appearing, Petitioner's motion for an extension of time to file objections is GRANTED, and Petitioner's objections filed on September 20, 2011, are DEEMED to have been timely filed. IT IS SO ORDERED.

**Dated:　September 22, 2011**　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1